Sean G. Wieber (*pro hac vice* forthcoming)
SWieber@winston.com
Elizabeth S. Deshaies (*pro hac vice*
forthcoming)
LDeshaies@winston.com
Patrick G. Simonaitis (*pro hac vice*
forthcoming)
PSimonaitis@winston.com
**WINSTON & STRAWN LLP**
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654
Telephone: (312) 558-5600
Fax: (312) 558-5700

Kevin P. Simpson (SBN: 344644)
KPSimpson@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Fax: (213) 615-1750

Dana Cook-Milligan (SBN: 301340)
DLCook@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Fax: (415) 591-1400

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

|  |  |
|---|---|
| SKYFORGE DIGITAL AG, a Switzerland corporation, and TEKNOLOGY SA, a Switzerland corporation,<br><br>                Plaintiffs,<br><br>    vs.<br><br>INFOBLOX INC., a Delaware corporation, and RENÉE BURTON, in her individual capacity,<br><br>                Defendants. | **Case No. 5:25-cv-09502**<br><br>**COMPLAINT FOR:**<br><br>**(1) Defamation and Defamation *Per Se*;**<br>**(2) False Light;**<br>**(3) Intentional Interference with Contract;**<br>**(4) Violations of Lanham Act False Advertising, U.S.C. § 1125(a)(1)(B); and**<br>**(5) Civil Conspiracy.**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT AT LAW**

Plaintiffs SKYFORGE DIGITAL AG and TEKNOLOGY SA, by and through their attorneys, Winston & Strawn LLP, for their complaint for compensatory and punitive damages against Defendants INFOBLOX INC. and RENÉE BURTON, allege as follows:

**NATURE OF THE ACTION**

1.      This case involves a coordinated, sustained, and malicious crusade by Infoblox Inc. and one of its executives, Renée Burton, to target and systematically destroy two successful and law-abiding technology companies based in Switzerland—Skyforge Digital AG and Teknology SA (collectively, "Sky/Tek").

2.      Defendants' efforts to destroy Sky/Tek began in November 2024, when Burton and certain unnamed third-party co-conspirators falsely identified the Skyforge platform "Los Pollos" as an entity controlled by a "Russian-nexus cybercriminal organization."

3.      Neither Sky/Tek nor their employees are part of any criminal conspiracy—Russian or otherwise.  They are not criminals.  Sky/Tek are not controlled by anyone other than their duly appointed and well-respected, successful executives, and they answer to their shareholders, not to a Russian criminal gang.

4.      Despite the public availability of these clear and indisputable facts, Infoblox, a for-profit cybersecurity company, spent much of the last year promoting its research, information technology services, and cybersecurity products by saying that Sky/Tek, along with their executives, founders, and employees, are part of a criminal conspiracy that Infoblox products can be used to protect against.

5.      Defendants claim to have investigated Sky/Tek for many months, after which Defendants began publishing marketing blogs asserting that Sky/Tek and their executives are involved in (or controlled by) a criminal enterprise, which Defendants dubbed "VexTrio."

6.      On June 12, 2025, Defendants published their first relevant "VexTrio" marketing blog post, titled "Vexing and Vicious: The Eerie Relationship between WordPress Hackers and an Adtech Cabal," on Infoblox's public website.

COMPLAINT

7.    Defendants published a second marketing blog post, titled "VexTrio's Origin Story," on August 6, 2025, during a cybersecurity conference in Las Vegas, Nevada, called "Black Hat USA," and a third post, titled "VexTrio Unmasked: A Legacy of Spam and Homegrown Scams," on August 12, 2025.

8.    In these posts, Defendants claim that they spent "thousands of hours" researching "VexTrio" and the individuals and companies that are purportedly part of that cybercrime conspiracy. But not once during those "thousands of hours" did they contact Sky/Tek, or any of their representatives, to fact-check any statements, ask any questions, or seek any comment.  On the contrary, when a Sky/Tek representative contacted Infoblox in December 2024 to provide corrective information regarding a social media post from November 2024, Defendants ignored him.

9.    Defendant Burton was unfazed by the December 2024 warning that she was relying on false information.  She peddled her false story to Sky/Tek business partners and service providers, seeking to have Sky/Tek's domains blocked and their server access revoked, so that she could tout to potential customers how Infoblox had successfully wiped out part of the ominous "VexTrio."

10.    In this process of drumming up sales and increasing interest in Infoblox's products and services, Defendants salaciously and falsely stated, among other things, that Sky/Tek and their representatives were leaders of a "Russian-nexus cybercriminal organization with close ties to some of the most prolific website hackers in the world" which "steals money by conning people," and, "as a result, they live a lavish lifestyle that most people only dream of[.]"

11.    Defendants also published pictures taken from Sky/Tek representatives' personal social media accounts, showing their vacations and personal lives.  Defendants used these images to falsely assert that Sky/Tek representatives profited by participating in the Russian-nexus cybercriminal organization.  Again, at no point did Infoblox contact Sky/Tek or their representatives to seek any information at all from these companies.

12.    Defendants made these false and defamatory statements without any basis in fact. Defendants accused Sky/Tek of being run or controlled by "Russian criminals" based only on Sky/Tek executives' Russian-sounding names (though most names are Slavic, not Russian, in origin).  And when Sky/Tek informed Infoblox that it was publishing false statements and jeopardizing the safety of Sky/Tek

employees, Infoblox rebuffed the opportunity to learn more about the entities it claims to be researching and refused to reconsider its publications.

13.    By publishing these statements, Defendants permanently damaged Sky/Tek's reputations and impaired Sky/Tek's ability to conduct business in the United States and around the world.  As a result of Defendants' false and defamatory statements, business partners and banks terminated their relationships with Sky/Tek.  Sky/Tek therefore seek substantial compensatory and punitive damages in an amount that far exceeds $75,000 and to be proven before a jury at trial.

## THE PARTIES

### A.    The Plaintiffs

14.    Plaintiff Skyforge Digital AG is a company organized under the laws of Switzerland with its principal place of business in Zug, Switzerland.

15.    Plaintiff Teknology SA is a company organized under the laws of Switzerland with its principal place of business in Manno, Switzerland.

### B.    The Defendants

16.    Defendant Infoblox Inc. is a Delaware corporation with its principal place of business in Santa Clara, California.

17.    Defendant Renée Burton is, and at all relevant times was, the Vice President of Threat Detection at Infoblox, a position she has held since April 2024.  On information and belief, Burton has been employed with Infoblox since 2018 and is a resident of King County, Washington.

## JURISDICTION AND VENUE

18.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

19.    This Court has personal jurisdiction over Defendant Infoblox because it is domiciled in California with its principal place of business in Santa Clara, California.

20.    This Court has personal jurisdiction over Defendant Renée Burton because she has sufficient minimum contacts with California by actively participating in and directing the tortious conduct at issue within California.  Burton is an executive at California-based Infoblox, and she authored the

defamatory statements to be published by Infoblox, in coordination with colleagues who, on information and belief, reside in California.  Burton also routinely travels to California for cybersecurity conferences.  For example, based on facts available to Sky/Tek, Burton appeared at an information technology conference in San Francisco in May 2024 to promote Infoblox products and services, including products Infoblox promotes as a means to protect its customers against what Burton would later refer to as VexTrio.

21.    Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in this district, and Defendant Infoblox's principal place of business is located in Santa Clara County, California.

## GENERAL ALLEGATIONS

**A.    Sky/Tek Are Lawfully Organized Businesses Operating Successfully and Lawfully in the Advertising-Technology Sector**

22.    Skyforge was founded in 2017.  It operates several internet-based platforms that are discussed at length in Infoblox's marketing materials.

23.    Skyforge, which at its height employed more than 250 people, operates the online-based platforms Los Pollos and Tacolo.co.  Both Los Pollos and Tacolo.co feature prominently in Infoblox's false and defamatory marketing posts.  Skyforge has operated both Los Pollos and Tacolo.co since December 31, 2024.

24.    Los Pollos is an affiliate marketing network that boosts website-traffic monetization by matching users to the best offers available via smartlinks, which are URLs that direct users to different websites based on their device, location, and other criteria.  These smartlinks are Skyforge's core technology.  Unlike traditional hyperlinks, which show each visitor a webpage with the same advertisement that leads to one static webpage, smartlinks use data and proprietary technologies to allow a user who clicks an advertisement to be routed to the best-matched product or service within a certain vertical or industry.

25.    Tacolo.co is a platform that enables webmasters, webpage owners, and advertisers to serve advertisements selected by that publisher, subject to terms and conditions, through push notifications, banner ads, or on a pay-per-click basis.

26. In addition, a Skyforge subsidiary previously operated Adtrafico, which is another platform that features prominently in the Infoblox marketing blog posts. Skyforge folded Adtrafico into the Los Pollos platform in mid-2025 to efficiently manage costs. Adtrafico was also an affiliate marketing network, matching website users to advertisers.

27. The core function of these platforms is to provide online infrastructure—in essence, a bridge between third parties. On one side of the bridge, product owners looking to advertise their products contract with Skyforge and pay Skyforge when traffic crosses the bridge to their advertisements. On the other side of the bridge, traffic suppliers—for example, social media websites—which are known as "affiliates" in this industry, register for a Skyforge account to use smartlinks on their webpage to generate traffic for the advertisers on the other side of the bridge.

28. Within this infrastructure, Los Pollos provides a click-through optimization service that allows affiliates to direct traffic to advertisements on third-party websites. Affiliates using Los Pollos choose the ads and the ad copy displayed on their websites.

29. Both Los Pollos and Tacolo.co are intermediary platforms that allow for an affiliate, publisher, or webpage to display an advertisement to entice a viewer to click the advertisement and explore the product being offered. When these clicks occur, the advertiser pays a small fee for the traffic or user registration data that was directed to it. Skyforge then collects a small toll, and the remainder of the fee flows to the affiliate that provided the traffic.

30. At a more technical level, Skyforge operates a network using Domain Name Systems ("DNS")—the same infrastructure used by every internet user. Sky/Tek use a commercially sold, industry-standard DNS service that offers superior protection against denial-of-service and search engine optimization ("SEO") attacks from threat actors or competitors.

31. Although this structure is not unique in the internet-advertising ecosystem, Skyforge (and, previously, its subsidiary) has successfully offered a product that is technically superior to those of its competitors since the late 2010s. This enabled the Skyforge platform Los Pollos, for example, to work with more than 65,000 affiliates and a stable of hundreds of advertising partners.

32. Plaintiff Teknology provides servers and technical services for various companies, including Skyforge, as well as for unrelated third parties. Teknology, which is under common ownership

COMPLAINT

5

with Skyforge, contracts with Skyforge to provide it with servers to operate its affiliate-marketing network.

33.     Sky/Tek's success stems from their expertise in the adtech and affiliate-marketing space. Los Pollos has been a market leader in the affiliate-marketing space for nearly a decade.  Los Pollos's success has historically been driven by its engineers' ability to optimize the service better than competitors.  For example, Los Pollos could handle a larger volume of traffic than competitors, had a more robust set of advertising partners, offered better optimization through its smartlink technology, and, importantly, was able to scale its infrastructure and quickly adjust to clients' needs while promptly addressing any issues that arose.

34.     Before the Infoblox crusade that began in late 2024 and still continues, Skyforge's platforms received billions of clicks, generating tens of millions of dollars in revenue annually.

35.     Both Skyforge and Teknology are legally organized corporations: Each has a board of directors, executives, and other C-suite management-level employees, and each answers to its shareholders.

36.     Neither Skyforge nor Teknology, nor any entity affiliated with these companies, nor any of the founders or executives of these companies, has ever been indicted for or convicted of any crime anywhere in the world.

37.     Bad actors sometimes try to abuse affiliate-marketing services like those offered by Sky/Tek.  For example, advertisers may show different advertisements than were submitted to Skyforge for approval, or affiliates may attempt to cloak the source of their traffic.

38.     Sky/Tek employ robust processes to try to prevent their services from being abused, and each complies fully with the laws and regulations where they operate.  These processes include the following:

      i.     Thorough "Know Your Customer" ("KYC") checks to verify the identities of the affiliates and advertisers that apply to use the smartlinks before granting them access to the technology.

      ii.    Standard anti-money-laundering checks on each affiliate or advertiser account or wallet to compare against, for example, known crypto wallets owned by malicious

COMPLAINT

actors.   These anti-money-laundering checks are conducted using a trusted, independent third-party service.   If any accounts are flagged, the issue is investigated, and Sky/Tek conduct additional KYC checks.

    iii.    Monthly reports from advertisers related to traffic sources and any fraudulent activity from specific sources.  If an affiliate is identified as a source of suspicious traffic, the user is investigated, and a trusted third-party service conducts additional KYC checks.

    iv.    Monthly reports from advertisers related to alerts from financial institutions about chargebacks or fraud.

    v.    A feedback process that allows any consumer, affiliate, or advertiser to provide feedback, comments, or complaints, or to request action in relation to alleged misconduct or any other issues.  This includes the ability to request that licenses be revoked, to request that spam be taken down, and to report any other violation through the applicable Sky/Tek webpages.  Sky/Tek's technical teams monitor these reporting avenues and work expeditiously to remediate any issues that are conveyed.  This includes complaints related to spam, which Sky/Tek also combat by following industry standards and meeting all legal obligations.

    vi.    Active monitoring for any indication that Sky/Tek's services are being misused or abused.  For example, Skyforge has employees dedicated to monitoring forums and social media platforms to ensure that dormant affiliate accounts are not being sold to third parties without Skyforge's knowledge or to identify other potential acts of abuse.  When such activities are identified, those accounts are banned for violating the Skyforge terms of service.

39.   Moreover, each affiliate—the website or publisher that is granted the right to use a smartlink—is subject to terms of service that dictate the authorized use for this technology on the affiliate's website.

40.     Additionally, each advertiser—typically, marketing agencies that host a variety of products or services for sale through underlying companies—is subject to specific contractual terms and conditions that govern their relationship with Skyforge.

41.     When Sky/Tek become aware that either an affiliate or an advertiser has violated the terms of the contractual arrangements between the parties, Sky/Tek have, and exercise, the right to terminate any affiliate or advertiser that violates the terms and to block the offender from continued use of the affiliate network.

**B.     Infoblox Uses an "Evangelical" Approach to Marketing, Including "Catchy" Nicknames.**

42.     Infoblox is an information technology automation and security company that sells a variety of cybersecurity products and services.

43.     To market those products and services, Defendants publish blog posts that purport to identify IT security risks for businesses. *See* https://blogs.infoblox.com/.

44.     Infoblox publicly acknowledges that its sales and marketing strategy involves its employees' "publishing content," including blog posts about purported cybersecurity threats, and "evangelizing" the value of its products to protect against those threats.

45.     Infoblox prominently displays its "DNS Threat Intelligence" product on its website alongside links to its blog. *See* https://www.infoblox.com/products/threat-intelligence/. According to Infoblox, this product "analyzes pre-attack telemetry via DNS and uncovers threat actor behavior in real time, revealing malicious campaigns during their planning phases." *See id.*



46.    Infoblox uses its blog posts to sell the DNS Threat Intelligence product.  For example, the Infoblox website states, "We believe sharing our threat research strengthens the cybersecurity community and helps people protect their organizations."  *See id.*  Infoblox also publishes case studies explaining how Infoblox's threat intelligence and threat defense has successfully helped organizations stop DNS threats.

47.    Infoblox also publishes reviews from customers linking its blog to the sale of Infoblox products.  For example, the Infoblox website displays the following quote from one seemingly satisfied customer, indicating that the Infoblox threat intelligence blog was a selling point for that customer[1]:

This reduction in noise, combined with an extremely low false positive rate of just 0.0002 percent means security personnel have far fewer alerts to manage. For example, since deploying Threat Defense, the virus notifications that had once been commonplace have all but vanished. According to Roosa, thanks to the reduced alert volume Infoblox makes possible, his security teams have cut threat investigation times in half, freeing them to focus on strategic initiatives that strengthen the organization's overall security posture.

Threat Defense has given Roosa valuable time back as well. He trusts that the risky interactions the platform stops cold are based on the industry's most up-to-date intelligence on fast-evolving DNS-based threats. "That's the beautiful part of this product," he says. "I can honestly tell you I have lost no time managing it, dealing with it, any of that."

48.    Current Infoblox job postings for sales positions also confirm that Infoblox's "research" and blog are part of Infoblox's marketing and sales strategies.  For example, a current posting (as of

---

[1] https://www.infoblox.com/resources/case-studies/stupp-bros-hardens-security-with-infoblox-threat-defense/ (last visited Nov. 4, 2025).

COMPLAINT

November 4, 2025) for a "Product Security Sales Specialist" seeks a "charismatic and influential" individual to "drive Infoblox's sales and business development of [its] BloxOne Threat Defense product suite, which is positioned to become one of the most strategic technology platforms of Infoblox's future and to play a critical role in the company's ongoing success as a leader in network control, security, and cloud solutions."[2]  Infoblox expects this "charismatic and influential" salesperson to sell the product suite by "[a]ct[ing] as a thought leader and evangelist through workshops, events, and speaking engagements to educate the industry on the value" of Infoblox's products.

49.    How else does Infoblox "evangeli[ze]" its products?  By hiring employees—like Burton and others, including the technical marketing engineering team—whose roles are to create technical content for marketing purposes.  In an open job posting for a Senior Technical Marketing Engineer,[3] Infoblox states that the employee in that "pivotal" role "will engage directly and *through content creation* with sales teams, prospects, and customers to educate, enable, and increase adoption of our networking, cloud, and security solutions."  (Emphasis added).  One specifically identified duty of the Senior Technical Marketing Engineer is to "[c]reate technical marketing content, including reference architectures, solution guides, *blogs*, and white papers."  (Emphasis added).

50.    Although Infoblox's website does not currently list any job openings directly within Burton's Threat Intelligence group, one undated, archived Infoblox job posting for the Threat Intelligence team for the position of "Threat Intelligence Engineer" describes the role as follows: "[Y]ou will contribute to the discovery and assessment of threat indicators that appear in the Domain Name System (DNS) while designing methods for our customers to better understand and prioritize their security events."  The posting later states that the role will include "[c]raft[ing] reports on discoveries such as threat actors" and that the individual will be expected to "support research and write at least one publication[.]"[4]

---

[2] https://efpv.fa.us6.oraclecloud.com/hcmUI/CandidateExperience/en/sites/CX_1/jobs/preview/6609/?keyword=threat&mode=location (last visited Nov. 4, 2025).

[3] https://efpv.fa.us6.oraclecloud.com/hcmUI/CandidateExperience/en/sites/CX_1/jobs/preview/6630/?keyword=threat&mode=location (last visited Nov. 4, 2025).

[4] https://ninjajobs.org/job/dbab1d5f2062e9e91baf9033dd65942979d8476b57 (last visited Nov. 4, 2025).

51.     Burton herself has spoken publicly about her work for Infoblox and repeatedly made it clear that her role in "Threat Intelligence" is directly tied to Infoblox's products and services offered to their customer base.

52.     For example, on February 7, 2024, Burton gave a presentation titled "Traffic Distribution Systems at the Heart of Cybercrime."[5]  During that talk, she stated: "I am a threat researcher and I've been here at Infoblox for almost a decade.  I largely work with my teammates to analyze very large sets of DNS logs and find threats that are compelling and impactful *to our customers* like VexTrio[.]"  Burton continued: "We discovered [VexTrio] in early March 2022 and we kind of noticed this large cluster of DDGA, dictionary DGA domains *in over 50% of our customer networks*[.]"   During the same presentation, Burton also stated: "[Infoblox is] very well-known in the networking world, where Infoblox does DNS, DHCP and IP management: DDI, but security has actually been baked into the product for 8-10 years – long before I got here.  And our group, Infoblox Threat Intel, *what we do is produce the content for those security products*, so you can think about it as blocklists – the bad domains that are out there, malicious and suspicious domains."

53.     On August 25, 2025, Burton appeared on a podcast called *Privileged Exec*, on an episode titled "Threat Intelligence & Cyber Resilience with Dr. Renée Burton (Infoblox)."[6]  During that podcast, Burton explained why she conducts original research, like the research published about VexTrio: "[F]rom our perspective, why we're doing original [research], is to make sure that it is as complete and accurate as possible and that it's appropriate for blocking access to those things within the DNS arena, from that perspective, *to protect the customer base*."  (Emphasis added).

54.     Burton also stated in that podcast that Infoblox differentiates itself in the market by performing this research, which allows Infoblox to identify supposedly malicious domain names and block them for their customers before their customers have even interacted with a malicious link: "The value add of using protective DNS is that . . . you are able to block things the very first time that the

---

[5] https://www.infoblox.com/resources/webinars/traffic-distribution-systems-at-the-heart-of-cybercrime/ (last visited Nov 4, 2025).
[6] https://www.privilegedexec.com/2457079/episodes/17722702-threat-intelligence-cyber-resilience-with-dr-renee-burton-infoblox (last visited Nov. 4, 2025).

resource is accessed . . . and we are now in a position to measure that and provide statistics for our customers."[7]

55.    As part of this sales and marketing strategy, Infoblox often creates animal-related nicknames for alleged cybercriminal groups that, as Burton put it during a 2024 recorded interview, are "catchy and interesting [so] you remember [them]."  It appears Burton was specifically hired at Infoblox to be the architect of this marketing strategy.

56.    This strategy is prominently displayed on the Infoblox website. *See* https://www.infoblox.com/threat-intel/threat-actors/ (last visited Nov. 4, 2025).  For example, Infoblox offers marketing materials related to "Reckless Rabbit"—"a sophisticated scam operator leveraging social media ads"; "Horrid Hawk"—"[a] financially motivated threat actor has been hijacking thousands of domains since at least February 2023 for investment fraud schemes"; and as relevant here, "VexTrio Viper"—"[t]he longest running traffic distribution system (TDS) known in the industry with the largest number of criminal affiliates, brokering traffic for others while delivering malicious campaigns of their own."

57.    Alongside its publications identifying these so-called Threat Actors, Infoblox prominently displays its own products and services that it is offering for sale to "[d]isrupt cybercrime pre-incident with intel designed for DNS [domain name system]."  These offerings are displayed under the heading "Threat Actors," with the caption "Learn How Infoblox Can Help."

## C.    Defendants Begin Publishing About VexTrio in Their Marketing Materials.

58.    In June 2022, Defendants published their first article about what they called VexTrio.[8]  In that article, Defendants claimed they had "been tracking malicious campaigns that use domains generated by a dictionary domain generation algorithm (DDGA) to run scams and spread riskware, spyware, adware, potentially unwanted programs, and pornographic content."  They said that "[f]or reporting and tracking purposes, we call this DDGA family and activity *VexTrio*."  (Emphasis added).

59.    In the time since, Defendants have published various descriptions of VexTrio, all of which link VexTrio and its members to an organized criminal conspiracy among certain companies and individuals in the affiliate-marketing space:

---

[7] *Id.* at 17:15.
[8] https://blogs.infoblox.com/threat-intelligence/executive-summary-vextrio-ddga-domains-spread-adware-spyware-and-scam-web-forms/ (last visited Nov. 4, 2025).

COMPLAINT

i.  VexTrio is "[t]he longest running traffic distribution system (TDS) known in the industry with the largest number of criminal affiliates, brokering traffic for others while delivering malicious campaigns of their own."[9]

ii.  "VexTrio delivers scareware, dating scams, cryptocurrency scams, fake VPNs and ad blockers, among other types of fraud."  (Aug. 6, 2025).

iii.  VexTrio is a "Russian-nexus cybercriminal organization with close ties to some of the most prolific website hackers in the world[.]"  (Aug. 6, 2025).

iv.  "VexTrio steals money by conning people."  (Aug. 6, 2025).

v.  "VexTrio, as a parent enterprise, maintained an infrastructure across the globe, some of it hidden in bulletproof hosting providers and other elements in cloud providers."  (Aug. 6, 2025).

vi.  "In total, the VexTrio enterprise includes nearly a hundred companies and brands."  (Aug. 6, 2025).

vii.  "VexTrio employs a few hundred people globally."  (Aug. 6, 2025).

viii.  "VexTrio is the union of two independent groups; we use the term to encompass all the entities that the key figures are involved in because, as you'll learn, finding the dividing line between what is and isn't VexTrio is complicated.  It is much cleaner to include all commercial links and all shared infrastructure into the name."  (Aug. 6, 2025).

60.    The examples set forth in paragraph 59 are not an exhaustive list of the descriptions of VexTrio that Defendants have published, but the common theme is that Defendants are clearly and explicitly declaring that VexTrio is a criminal enterprise.

61.    Moreover, as Burton and Infoblox have repeatedly made clear, they base this conclusion on their own research and their own domain tracking, which purportedly allow them to provide the market with a reliable assessment of what they believe is criminal conduct.

62.    As discussed below, Infoblox and Burton also state that, based on their research, Sky/Tek are criminal actors within the alleged vast VexTrio conspiracy.

---

[9] https://www.infoblox.com/threat-intel/threat-actors (last visited Nov. 4, 2025).

COMPLAINT

13

**D. Defendants and Co-Conspirators Target Sky/Tek and Interfere with Their Business Relationships.**

63. In November 2024, Defendants entered into a joint effort with a Swedish cybersecurity foundation called Qurium, purportedly to research "and attempt to disrupt VexTrio."

64. Defendants claim that it was at that point that they learned that Sky/Tek companies were part of VexTrio. As Defendants wrote, "On November 13, 2024, Qurium researchers exposed that the Swiss-Czech adtech company Los Pollos was part of VexTrio, the largest and oldest known malicious TDS."

65. Shortly thereafter, Defendants decided to try to disrupt the Los Pollos platform by "releas[ing] a set of domains to a variety of security industry partners." They "hope[d] this one-two punch would temporarily disrupt VexTrio[.]"

66. Toward this end, in or around November 2024, Defendants contacted various domain registrars, hosting companies, and DNS security providers that they knew did business with Sky/Tek. In those communications, Defendants made false and defamatory statements regarding Sky/Tek's involvement in the so-called VexTrio criminal conspiracy to persuade those third parties to cancel contracts with Sky/Tek.

67. In particular, Defendants' malicious contact with Hetzner, a web-hosting company based in Germany, caused Hetzner to cancel its contract with Sky/Tek because Sky/Tek IP addresses had been reported for potential infrastructure abuse in relation to the campaign by Defendants and Qurium. Burton repeatedly acknowledged in her blog posts and podcast appearances promoting Infoblox products that she was "coordinating" with Qurium during that time frame in late 2024.

68. Describing these efforts, Burton later wrote: "While perusing passive DNS, we noticed an A record for www.lospollos[.]com with IP addresses (not Cloudflare!) of 46[.]21 [.] 30 [.] 248 and 185 [.] 155 [.] 186 [.] 48 from AS5398 in Switzerland advertised via Internet One/C41. We had previously identified AS5398 as almost exclusively dedicated to VexTrio but were confused by the handful of seemingly legitimate businesses in the range, including some online stores and even a ski resort. After

digging into the corporate records *with our collaborators at Qurium*, we knew these innocent-looking establishments were connected to key VexTrio figures."[10]  (Emphasis added).

69.     This statement by Burton, and others like it by Defendants, promotes Infoblox's threat intelligence services aimed at tracking supposedly malicious domains by falsely asserting that Los Pollos and individuals in Switzerland—Sky/Tek executives—are "key VexTrio figures."  Internet One, which Burton also mentions, is an independent company, unrelated to Sky/Tek.

70.     Similarly, Burton admitted to this late-2024 campaign to target Sky/Tek in her subsequent August 6, 2025 article: "When we pulled the thread on the Los Pollos lead, we were able to unravel a complex network of companies and individuals that spanned many countries and years.  We reported their domains to several providers and watched as tens of thousands of compromised websites that once directed traffic to VexTrio directed it elsewhere.  We hinted at their misdeeds on LinkedIn, and they responded by pulling down material from websites and the Web Archive (archive.org)[.]"

71.     Around that same time, in late 2024, Teknology's servers were hacked.  Teknology later learned of this illegal breach and took steps to remediate it.  For example, Teknology reported this breach to Swiss authorities, and an investigation is ongoing.

72.     On information and belief, Defendants either participated in this hack or worked in concert with the hackers, because Infoblox then published images on its blog that were internal to Sky/Tek and were not publicly available.

73.     Around that same time, a negative-SEO campaign was also initiated against Los Pollos's primary domain name.  On information and belief, Defendants, along with unknown co-conspirators, initiated this campaign with the goal of damaging the Los Pollos domain and brand reputation as part of Defendants' coordinated "industry hug"—in other words, coordinated and concerted intentional interference—of Los Pollos.

74.     In December 2024, Sky/Tek received notice from several of their banks—including Credit Suisse and UBS—that their accounts had been terminated.  On information and belief, these account closures—which had a devastating impact on Sky/Tek's ability to conduct business—were the direct

---

[10] https://blogs.infoblox.com/threat-intelligence/inside-the-robot-deconstructing-vextrios-affiliate-advertising-platform/ (last visited Nov. 4, 2025).

result of Defendants' coordinated effort to spread false information accusing Sky/Tek of being a Russian-nexus cybercriminal organization.

75. As alluded to above, in late 2024, Burton also made a series of online posts on forums and social media websites related to Sky/Tek, in which she suggested that Sky/Tek are part of an organized cybercriminal syndicate.

76. Upon learning of these posts, Skyforge CEO Giulio Cerutti emailed Infoblox to inform it that Burton had made "highly defamatory and slanderous" statements that were based on "false facts and assumptions." *See* Ex. 1. Mr. Cerutti also explained that "[a]s CEO of the group, [he could] confirm that [Sky/Tek] deal with advertising in compliance with all the regulations of the countries in which [Sky/Tek] operate." *See id.*

77. In that email, Mr. Cerutti further offered to meet with Infoblox to discuss Burton's false and defamatory statements, stating that Sky/Tek were "fully at [Infoblox's] disposal for any clarification or verification[.]" *Id.*

78. Defendants never responded. Instead, Defendants spent the next six months working with third parties and preparing to publish blog posts that accused Sky/Tek, Mr. Cerutti, other Sky/Tek executives, and certain tangentially related individuals and third-party business entities of being part of a "Russian-nexus cybercriminal organization."

79. Since then, Defendants have repeatedly acknowledged their joint effort with third parties to attempt to disrupt Sky/Tek by publicly and privately spreading false and defamatory information about these companies.

80. For example, in early 2025, Burton spoke about her collaboration to interfere with Sky/Tek when she posted to her LinkedIn about VexTrio and Los Pollos, saying "thanks to Guardio, SURBL, and others for collaboration on these."[11]

---

[11] https://www.linkedin.com/posts/ren%C3%A9e-burton-b7161110b_dns-threatintel-malware-activity-7275915939081019394-gNlP?utm_source=li_share&utm_content=feedcontent&utm_medium=g_dt_web&utm_campaign=copy (last visited Nov. 4, 2025).

81. In June 2025, Burton again posted on her LinkedIn, discussing her work related to VexTrio, and again referenced her collaboration with other third parties, saying: "Super thanks to our collaborators at Qurium, GoDaddy Sucuri Security, and elsewhere."[12]

82. On August 23, 2025, Burton appeared on a podcast called *CyberWire Daily* to discuss her research on VexTrio. During the podcast, she said: "What happened then is, as always happens with the security industry, is once we recognize that something is not, you know, a series of random campaigns or we're able to associate it with some kind of threat actor, then *we and other collaborators* can start to look backwards and say ok, where can I find the origin? . . . But together with our collaborators, you know, we can now date that activity back to about 2015."[13]

83. Similarly, in the September 24, 2025 presentation, discussed further below, Infoblox employee Dave Mitchell directly referenced this coordinated effort when he said: "We've done what we call industry hugs where we reach out to folks and try to you know get some you know extra collection of the data out there and then also shut them down and then watch how they pivot. So we've been really working on one of these threat actors that we call VexTrio."

84. Defendants further memorialized these coordinated efforts against Sky/Tek in a series of defamatory blog posts, discussed next.

**E.    Infoblox Publishes the First Defamatory Blog Post.**

85. On June 12, 2025, Infoblox published a lengthy blog post titled "Vexing and Vicious: The Eerie Relationship Between WordPress Hackers and an Adtech Cabal." The article stated that Infoblox had apparently "discovered" that one of Skyforge's platforms (Los Pollos) was malicious adtech and operated for the benefit of VexTrio, purportedly "the largest and oldest known malicious TDS." *See* Ex. 2, at 2.

86. Defendants did not seek any comment or information from Sky/Tek before publishing this blog post, despite Mr. Cerutti's offer to provide information to them.

---

[12] https://www.linkedin.com/posts/ren%C3%A9e-burton-b7161110b_what-is-the-real-relationship-between-wordpress-activity-7339069233361842176-LOAS?utm_source=share&utm_medium=member_desktop&rcm=ACoAACuQnQkB1BYJmqjEn1Gu_DzMafxpPNHlrtk (last visited Nov. 4, 2025).
[13] Dave Bittner, *Beyond the Smoke Screen*, N2K CYBERWIRE (Aug. 23, 2025), https://thecyberwire.com/podcasts/research-saturday/390/notes.

COMPLAINT

87.    The June 12, 2025 blog post contained at least the following false and defamatory statements:

      i.    "Los Pollos had shuttered their push monetization, but they are just one entity in a sprawling criminal enterprise that makes up VexTrio." *See* Ex. 2, at 3.

      ii.    "Malicious adtech often consists of multiple companies that service different parts of the industry.  For instance, Los Pollos recruits publishing affiliates with promises of high-paying offers, while their sister company Taco Loco specializes in push monetization and recruits advertising affiliates, including those from Los Pollos.  *This combination ensures that VexTrio, the controller of both firms, maximizes profits.*" *See* Ex. 2, at 6 (emphasis added).

      iii.    "When we say VexTrio TDS here, we are referring to several different TDSs operated by the VexTrio enterprise.  Beyond Los Pollos, which was revealed in publications by Qurium and GoDaddy, as well as social media posts by us, VexTrio controls other adtech companies and the TDSs that enable their operations.  These include Taco Loco and Adtrafico." *See* Ex. 2, at 16.

88.    In the course of making the above false statements, Burton also repeatedly made statements about Infoblox's research and the reliability of its tracking platforms as part of her efforts to market and promote Infoblox's own products and services while simultaneously defaming Sky/Tek.  For example:

      i.    "Our analytic systems track the communication between the compromised websites and the C2 servers through DNS, allowing us to identify new C2 servers and redirects as they come online.  We also use these detections to understand the historical connections between the C2 servers and the redirects.  Through monitoring DNS queries, we've been able to find sites for which there was no public evidence of the compromise." *See* Ex. 2, at 7–8.

      ii.    "RichAds, BroPush, Partners House, *VexTrio's TacoLoco*, and RexPush specialize in push advertisements.  The backbone of the adtech business is the push notification service.  Between these firms, *we detected* two kinds of technologies

used to fraudulently subscribe users to notifications." *See* Ex. 2, at 33 (emphasis added).

    iii.    "Despite these circumstances, *we've achieved accurate identification* thanks to the adtech operators' habitual configuration practices in DNS, reuse of rare web artifacts, lack of clearing digital traces of their previous activities, and other IT shortcuts that gave us opportunities to track and identify them.  For example, we analyzed and grouped the TDSs by common subdomain patterns, identical or highly similar push subscription scripts, as well as by linking their old domains in passive DNS to cached webpages promoting their public business names." *See* Ex. 2, at 36 (emphasis added).

**F.**    **Infoblox Makes Defamatory Statements at Black Hat.**

89.    Burton and other Infoblox employees attended "Black Hat 2025," one of the largest cybersecurity conferences in the country and which, according to one cybersecurity company, drew more than 22,000 attendees in Las Vegas, Nevada.  On or around July 29, 2025, in anticipation of Black Hat, Infoblox posted a video of Burton to its LinkedIn page.  In the video, Burton talks about her research into VexTrio.  The post reads: "Are you attending Black Hat 2025?  🎈 Dr. Renée Burton and the Infoblox Threat Intel team will be onsite, sharing insights from our latest research on VexTrio and malicious adtech.  Schedule a meeting to connect, learn, and discover what's next in securing your org."[14]

90.    At the conference, on August 6, 2025, Burton and other Infoblox employees gave a presentation titled "No Hoodies Here: Organized Crime in AdTech."  During the "No Hoodies Here" presentation, Burton and other Infoblox employees displayed a voluminous slide deck rife with additional false and defamatory statements about Sky/Tek made in conjunction with Defendants' efforts to encourage potential customers to buy Infoblox products and services.  *See* Ex. 3.

91.    During that presentation, Burton made numerous false and defamatory statements.  Specifically, at a minimum, Burton:

---

[14] https://www.linkedin.com/feed/update/urn:li:activity:7355976684367437824/ (last visited Nov. 4, 2025).

COMPLAINT

i.  Characterized her presentation about Sky/Tek as "a journey into the world of malicious adtech." *See* Ex. 3, at 3.

ii.  Identified Los Pollos's co-founder, Kroum Vassilev, as part of the world of "malicious adtech." *See* Ex. 3, at 4.

iii.  Identified Sky/Tek platforms Los Pollos, Tacolo.co, Adtrafico, AdsPro Group / AdsPro, HolaCode, and Fidelity Mail, as well as Teknology itself, as part of the so-called VexTrio. *See* Ex. 3, at 24.

iv.  Identified Sky/Tek officers, owners, and affiliates, including Guilio Cerutti, Igor Voronin, Andrew Kunitsa, and Dzmitry Laptsevich, along with Vassilev, as part of VexTrio. *See* Ex. 3, at 30–32.





v.  Stated that VexTrio, and therefore Sky/Tek, was "affiliated with bad guys," "has strong financial relationships with website hackers," and "is intertwined with other notorious TDS," before quipping, "have you or your loved ones been affected by one of these scams?  It was VexTrio." *See* Ex. 3, at 11.

vi.   Accused Skyforge of creating fake mobile-device applications.  *See* Ex. 3, at 37.

vii.  Accused former Skyforge platform Adtrafico of illegal activity related to blank credit card submit offers by displaying the Adtrafico logo above an image of Leonardo DiCaprio from *The Wolf of Wall Street*, with the caption: "The real question is this: Was all this legal?  Absolutely fucking not."  *See* Ex. 3, at 36.



viii. Displayed a photoshopped picture of Mr. Cerutti next to a message advising attendees that "[i]f you have a globally unique name, change it before you go into crime."  *See* Ex. 3, at 39.




92.    In general, Defendants also falsely conflated Sky/Tek with some of Sky/Tek's biggest competitors and with other companies and individuals who have no affiliation or relationship with Sky/Tek whatsoever.

93.    The final two slides in the deck urged conference attendees to "read [Infoblox's] research" and directed them to read blog posts either already published by Infoblox or forthcoming, and directed viewers to the Infoblox website via a QR code.  *See* Ex. 3, at 40–41.

**G.    Infoblox Publishes the Second Defamatory Blog Post.**

94.    On the same day as the Black Hat conference—August 6, 2025—Infoblox published a second blog post, titled "VexTrio's Origin Story: From Spam to Scam to Adtech."  *See* Ex. 4.  Expanding on Infoblox's earlier sales pitch, this blog post's primary focus was doxxing individuals who Infoblox decided are employed by or related to Sky/Tek and falsely declaring that they are involved in criminal activity.

95.    The August 6, 2025 blog post contained, at a minimum, the following false and defamatory statements:

      i.    "So how did a few friends from Turin, Italy [Cerutti, Giulio Lingua, and Matteo Costa] find themselves embroiled in a Russian-nexus cybercriminal organization with close ties to some of the most prolific website hackers in the world?"  *See* Ex. 4, at 3.

      ii.    "The people are the heart of every successful operation, and VexTrio, is no exception.  The people involved in VexTrio, if we consider consolidated enterprises, fall into three primary groups: the Italians, the Eastern Europeans, and the assorted frontmen.  Unlike Chinese organized crime groups, VexTrio uses true identities in their commercial filings, which made it easier to tie people and companies together.  Figure 3 shows connectivity between key figures and firms over the past two decades.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



17  Figure 3.  The relationship between key figures and select commercial entities that

18  evolved into what is known as VexTrio today.  Not all named businesses are

19  currently operating and some listed individuals may not be involved in the core

20  VexTrio businesses (e.g., Teknology, Los Pollos, AdsPro / Aimed Global,

21  Adtrafico, Taco Loco, HolaCode)."  *See* Ex. 4, at 9–10.

22  iii.    "Like many of the individuals involved in VexTrio, [Los Pollos co-founder]

23       Vassilev tries to balance a professional appearance with an adrenaline-filled

24       lifestyle."  *See* Ex. 4, at 17.

25  iv.    "VexTrio has several Breaking Bad-themed entities under the AdsPro umbrella.

26       HolaCode(holaco[.]de) is the software development group that is largely out of the

27       public eye (Figure 14).  According to online records, HolaCode DOO was

28       registered in Montenegro in March 2022 by Cerutti.  This group appears to have

developers in several countries and a physical location in Montenegro.  According to a Bosnian news article from 2024, HolaCode was among the most profitable software engineering micro-enterprises in the region.  It is unrelated to the nonprofit organization HolaCode.  A third company is TacoLoco, which claims to process over 1 million requests per second, and is used for push monetization."  *See* Ex. 4, at 19–20.

v.    "The employees of AdsPro and another purportedly separate entity, Apperito, are the same.  They even posted social media images of their company outings in the same locations.    Apperito  also  has  multiple  projects—including  an  app development group, LocoMind (see Figure 16). . . *Part of their business model is developing fake apps, as we'll see later in the blog.*"  *See* Ex. 4, at 21–22 (emphasis added).

vi.   "In the Swiss networks associated to the firm Teknology, VexTrio hosts landing pages for the different scams, as well as some spam-related services.  They offer email  validation  services  through  DataSnap,  previously  called  Articheck (Figure 19).  These examples highlight how they have attempted to hide their operations by blending into existing legitimate company names.  While the email validation service was hosted under the name articheck[.]ch, a Google search on Articheck  will  give  results  about  the  art-related  company,  articheck[.]com. DataSnap claims to have a 99.9 percent accuracy in validating emails for direct email marketing.  All VexTrio scams obtain email addresses for the victims, which likely makes email validation easier."  *See* Ex. 4, at 25.

vii.  "There are three companies in the VexTrio enterprise that are affiliate advertising networks: Los Pollos, Taco Loco, and Adtrafico.  Each of these could be the subject of a paper in itself, but we will just do a short introduction of each and their connection to cybercrime."  *See* Ex. 4, at 28.

viii. "In 2020, Los Pollos announced their sister company, TacoLoco, which offered a new way for publishing affiliates to monetize their traffic.  Los Pollos publishing

affiliates who incorporated TacoLoco push monetization into their sites were promised a 90 percent revenue share for the life of the user's subscription.  Los Pollos also encourages their affiliates to register as TacoLoco advertisers and use their smartlink as their ad.  See Figure 23.  We don't know how many people have followed this advice, but it creates a clever cycle in which these publishing affiliates are paying VexTrio for the potential of receiving a payment in return: what a deal!"  *See* Ex. 4, at 31.

ix.    "Most of the Adtrafico offers [to] pay affiliates a few dollars for obtaining a user's email address, date of birth, physical address, and name.  But some pay much more.  These are typically what are called 'CC submit' offers, meaning the fraud victim will need to submit a credit card number for the affiliate to be paid.  As the Adtrafico official account announced on February 4, 2022, these offers have good payouts.  In that example, a landing page offering the victim the ability to buy an iPad Air for US$3 would lead to a US$33.60 payment to the publishing affiliate if completed.

How is that possible?  Fraud.  This type of ad steals the victim's money by charging them more than is shown on the screen.  For example, they may be billed US$9.99 for that iPad Air that they will never receive.  But they also get enrolled into automatically renewing subscriptions.  The victim will need to realize the crime and then fight it through the credit card company as 'chargebacks.'"  *See* Ex. 4, at 39.

x.    "Plausible deniability is built into the paradigm of advertising networks.  The adtech companies claim to act only as an intermediary between a publisher and an advertiser, with no way to control abuse of their platform.  Indeed, this is what Guilio [sic] Cerutti claimed to Brian Krebs in December 2024 following a post we made on LinkedIn.  But in the case of VexTrio, they are not just the conduit, they are the connective tissue between two types of crime.  They are not at arm's length from either the website hackers or the scam advertisers.  Moreover, the evidence

presented shows they likely run a large portion of the scams themselves." *See* Ex. 4, at 41.

    xi.    "VexTrio steals money by conning people.  And as a result, they live a lavish lifestyle that most people only dream of; see Figure 33." *See* Ex. 4, at 42.



96.    In the course of making the above false statements, Burton also repeatedly made statements about Infoblox's research and the reliability of its tracking platforms as part of her efforts to market and promote Infoblox's own products and services while simultaneously defaming Sky/Tek.  For example:

    i.    "Infoblox Threat Intel has been tracking and chasing VexTrio since 2022.  We've published multiple papers on the threat actor and collaborated with various folks in the industry along the way to better understand how they fit into the threat landscape." *See* Ex. 4, at 7.

ii.   "Using material found on the open internet dating back over two decades, we've spent thousands of hours assembling a picture that goes well beyond anything previously published."  *See* Ex. 4, at 7–8.

iii.  "We initially tracked VexTrio as a malicious TDS that led to a range of dating and adult content scams."  *See* Ex. 4, at 8.

**H.    Infoblox Makes Defamatory Statements During *Dark Reading* Podcast.**

97.    On or about August 9, 2025, Burton appeared on a podcast called *Dark Reading*, which was later posted to YouTube on August 19, 2025.[15]  Burton appeared on the show to discuss the "Black Hat 2025" presentation discussed above in Section F.  She again falsely stated that Sky/Tek, and specifically Los Pollos, were part of a criminal enterprise referred to as VexTrio.

98.    During this podcast, Burton made, at a minimum, the following false and defamatory statements:

i.    When asked what VexTrio is and how to define it in relation to her presentation titled "No Hoodies Here, Organized Crime in Ad Tech," Burton said: "Almost 100 companies we have been able to identify," and "these URLs we have been tracking since 2022 and people have seen since 2016, 2017, they are actually this company called Los Pollos."

ii.   Burton was asked whether "Los Pollos was one part of a larger network of companies who were involved in TDS activity with VexTrio," and she responded: "Yes.  Exactly."

iii.  Burton was asked whether she was surprised that seemingly "legitimate companies" were "engaged in this type of activity," and she responded: "Yes, very much so . . . I feel like we are walking on ice . . . and you're like 'okay, crime, I'm here on crime.'  And then I put my foot out and I'm like 'is that crime?'  Not sure!  And then we see some scanned image from 2000 and we're like 'Oh, yeah, crime!' . . . It's hard to see the boundary between where legitimate and gray and black industries work."

---

[15] https://www.youtube.com/watch?v=biZAmoJkpZE (last visited Nov. 4, 2025).

iv.    "They are definitely trying to get away with plausible deniability that we see with Western companies, right? We all know Facebook ads are often used for a variety of, you know, malicious purposes. But Facebook isn't guaranteeing you right? They're not fully sussing out their publishing affiliates or their advertising affiliates. They're acting truly as a middle person. On the other hand, these criminal ones, they vet both their publishing affiliates and their advertising and they're very proud of that . . . In the end that might be their downfall in the sense that they don't have plausible deniability because they know who these people are."

v.    When asked what she thinks is going to happen with VexTrio now that the session and her research is out, which showed "a vast network of companies that are involved, you named names, there's eight core individuals," Burton said, "they are certainly going to deny everything and we've seen them repeatedly respond by removing content . . . and they constantly take stuff down from their website . . . They've changed up their TDS since our last paper in June, they folded some companies we linked, they're even calling themselves criminal . . . What we're hoping is twofold: one is by exposing them and making people realize it's not just them, it's a huge industry . . . and that we eventually get people in jail. That's our ultimate goal."

## I.    Infoblox Publishes the Third Defamatory Blog Post.

99.    On August 12, 2025, Infoblox published a third blog post, titled "VexTrio Unmasked: A Legacy of Spam and Homegrown Scams." This blog post focuses on "spamming" activities and falsely says that Sky/Tek take part in those activities. *See* Ex. 5.

100.    The August 12, 2025 blog post contained, at a minimum, the following false and defamatory statements:

i.    "The scams promoted through VexTrio smartlinks have been covered numerous times over the years [], but what isn't widely known is that they also create the majority of the content they deliver. Thus VexTrio benefits twice when publishing

affiliates distribute their smartlinks.  The affiliate networks (Los Pollos, Adtrafico, TacoLoco) offer several verticals, including dating, adult-only, sweepstakes, nutra industry vertical, and crypto-related advertisements—and they offer scams for each of these verticals."  *See* Ex. 5, at 4–5.

ii.     "In addition to their direct scams and push notifications, VexTrio has developed malicious apps over the last several years, including VPNs, device 'monitoring' apps, spam blockerapps, and dating apps.  They released apps under several developer names, including HolaCode, LocoMind, Hugmi, Klover Group, and AlphaScale Media.  Available in Google Play and the App Store, these have been downloaded millions of times in aggregate.  High ratings for the apps hide the true nature of the software, and it is only in the one- and two-star reviews that it becomes clear that they are scams."  *See* Ex. 5, at 8.

iii.    "These apps can be tied to the VexTrio enterprise in multiple ways, such as through developer information, which often lists one of the shell companies, and through DNS records.  Figure 3 shows that the IP address 136[.]243[.]216[.]249 was used simultaneously to host HolaCode, AdsPro Digital, Los Pollos, and multiple scam apps."  *See* Ex. 5, at 9.

iv.     "Los Pollos insists that it does not work with affiliates who drive web traffic through spam emails, and its website prominently states a zero-tolerance policy. Yet behind the scenes, VexTrio is a major spam distributor that reaches out to millions of potential victims."  *See* Ex. 5, at 16–17.

101.    In the course of making the above false statements, Burton also repeatedly made statements about Infoblox's research and the reliability of its tracking platforms as part of her efforts to market and promote Infoblox's own products and services while simultaneously defaming Sky/Tek.  For example:

i.      "We used DNS records and our own spam collection to analyze how their spam and scam operations tie together.  Of note, we found that in addition to their own mail servers, VexTrio is contracting with third parties like YNOT Mail for spam

distribution.  We will show how the domain datingcell[.]com was used in dating-themed spam."  *See* Ex. 5, at 4.

    ii.    "While we focus on DNS, we also collect and analyze spam.  Our database contains many emails featuring links to TDS domains operated by VexTrio.  Distributed from a variety of mail servers, these messages originate from both VexTrio entities and their affiliates."  *See* Ex. 5, at 17.

## J.    Defendants Intentionally Conflate Different Companies and Different Ethnicities.

102.    Without any evidence (because there is none) that Sky/Tek are involved in the so-called VexTrio, Defendants intentionally resort to conflating Sky/Tek with other entities.

103.    For example, Defendants stated in their August 6, 2025 blog post that "finding the dividing line between what is and isn't VexTrio is complicated.  It is much cleaner to include all commercial links and all shared infrastructure into the name."  This intentional conflation is one reason why Defendants made several of the false statements listed above.

104.    In addition to the direct false claims of criminal conduct by Sky/Tek, Defendants have also falsely and intentionally conflated Sky/Tek with the so-called threat actors that Infoblox's products are intended to detect and block.  For example, as noted in Defendants' June 12, 2025 blog post, in November 2024, Los Pollos paused one functionality of its platform called push-link monetization—the main functionality that Infoblox alleged the threat actors were using.

105.    Los Pollos (through Skyforge) paused this functionality in response to its own discovery that certain affiliates had been abusing the service.

106.    Defendants wrote that, following Los Pollos's pause of this function, traffic that had previously directed "victims to VexTrio" was now being routed through a new distribution system called Help TDS, before ultimately reaching Monetizer.  Monetizer is another smartlink provider with no affiliation with Sky/Tek and is a direct competitor to Los Pollos.

107.    Help TDS has no affiliation or relationship with Sky/Tek, and prior to the Infoblox publications, Sky/Tek were unaware of the existence of "Help TDS."

108.    This illustrates that the so-called VexTrio threat actors operate independently of Sky/Tek and that those threat actors were abusing the Sky/Tek technology, and once Sky/Tek discovered and stopped that activity, those actors shifted to other affiliate networks unrelated to Sky/Tek.

109.    Yet Defendants, in the same article acknowledging that fact, called VexTrio the "controller" of Sky/Tek companies. *See* Ex. 2, at 6 ("For instance, Los Pollos recruits publishing affiliates with promises of high-paying offers, while their sister company Taco Loco specializes in push monetization and recruits advertising affiliates, including those from Los Pollos. This combination ensures that *VexTrio, the controller of both firms, maximizes profits*." (Emphasis added)).

110.    Similarly, and repeatedly, Defendants intentionally suggest—citing no evidence whatsoever—that VexTrio, and thus Sky/Tek, are members of a Russian-nexus cybercriminal organization.

111.    To be clear, Sky/Tek have no affiliation and no relationship with Russian (or any other) cybercriminal organizations, Russian criminals, or the Russian government. Sky/Tek, as noted above, are companies duly organized under Swiss law and operating legal, legitimate businesses.

112.    Defendants' decision to include references to Russia and Russian-disinformation actors is calculated to create an aura of criminality around Sky/Tek that simply does not exist. These statements are calculated to drive traffic to Infoblox's website by leveraging commonly searched terms surrounding Russian disinformation. Notably, however, and contrary to Defendants' assertions, Sky/Tek's ownership group includes one individual who has received medals from the Ministry of Defense of Ukraine for his military contributions to the defense of Ukraine in the ongoing war launched by Russia. Defendants' reckless and false statements, meant to sell Infoblox products, have put this individual's life at risk.

113.    On June 12, 2025, Burton posted the below to her LinkedIn page, stating, "The Russians aren't coming, they are already here," and noted that she and Infoblox had "given SURBL, Spamhaus, Cloudflare, Domain Tools, several registrars, and many security companies over 100k domains." This, on information and belief, caused disruption of Skyforge's services. Burton knew her actions would

cause this disruption and quipped, "Let's give these guys a big industry hug."  She also thanked her collaborators: Qurium, GoDaddy, Sucuri Security, and others.[16]



**Renée Burton** · 3rd+
VP of Threat Intel. DNS all day, every day.
4mo · Edited · 🌐

+ Follow

The Russians aren't coming, they are already here. Without most anyone realizing, they've created an entire malicious adtech industry whose story is just as complex as the Chinese organized crime we're now realizing from their ventures into pig butchering.

VexTrio is just one Russian organized crime group in the malicious adtech world, but they are a critical one. They have a very "special" relationship with website hackers that defies logic. I'd put my money on a contractual one. all your bases belong to russian adtech hackers.

Today we've released the first piece of research that may eventually prove whether I am right. This paper is hard. i've been told. I know. We've condensed thousands of hours of research into about 30 pages. Brian Krebs tried to make the main points a lot more consumable -- and wrote a fabulous complimentary article : read both!

Yesterday I shared how a new domain from compromised websites spread like wildfire through our customer networks - indicating *a lot* of compromised sites used it. Total coincidence, but that is the threat actor that plays the second key role in our paper today. They use DNS TXT records to bounce victims into malicious adtech.

There's so much more to say... but at the same time, between ourselves and Brian, we've released a lot of lead material ... and there's more to come. I've emphasized the Russian (technically Eastern European) crime here, but as Brian's article points out there is a whole Italian side too. and more.

We've given SURBL, Spamhaus, Cloudflare, Domain Tools, several registrars, and many security companies over 100k domains. Let's give these guys a big industry hug.

Super thanks to our collaborators at Qurium, GoDaddy Sucuri Security, and elsewhere.

#threatintel #dns #cybercrime #cybersecurity #infosec #scam #malware

https://lnkd.in/gTR7y6mc



**What is the Real Relationship between WordPress Hackers and Malicious Adtech?**
blogs.infoblox.com

❤️👍👏 18

---

[16] https://www.linkedin.com/posts/ren%C3%A9e-burton-b7161110b_what-is-the-real-relationship-between-wordpress-activity-7339069233361842176-LOAS/ (last visited Nov. 4, 2025).

COMPLAINT

114.    Rather than grappling with distinctions among Eastern European countries, Defendants instead cast the Sky/Tek individuals referenced into a bucket that they determined to be "Russian," which is inappropriate and emblematic of the other important distinctions that Defendants have repeatedly glossed over in their blog posts.  Similarly, Swiss nationals are grouped together with Italian nationals simply because of their names.

**K.    Sky/Tek Demand Initial Retraction of Defamatory Statements.**

115.    On August 15, 2025, Teknology, through counsel, informed Infoblox that its blog posts published on August 6, August 12, and August 14, and the allegations made therein, "could not be more false," and it encouraged Infoblox to "remove the posts and refrain from publishing any additional posts containing similar allegations . . . in the future."  *See* Ex. 6.  Counsel for Teknology also offered to speak with Infoblox about the blog posts.  *See id.*

116.    On August 18, 2025, Infoblox acknowledged receipt of Teknology's letter and requested additional information from Teknology—while noting that it "[stood] behind their research"—and did not remove or correct any of the published false and defamatory statements in its blog posts.

**L.    Infoblox Employees Present at Security Field Day 14 and Continue to Make Defamatory Statements.**

117.    On September 24, 2025, Infoblox employees Dave Mitchell, Kevin Zettel, Krupa Srivastsan, and Mukesh Gupta gave a presentation at "Security Field Day 14," an event with presentations related to technology and security issues in the IT world.

118.    The Infoblox employees made at this presentation, at a minimum, the following false and defamatory statements:

    i.    Infoblox again falsely stated that Los Pollos was part of a criminal enterprise known as VexTrio by referencing the Infoblox three-part series of blogs discussed above and showing a slide titled "Unmasking VexTrio – Prolific TDS Operator" that included screenshots of the Los Pollos website.  When discussing this slide, the employees said their search for VexTrio "led us to this place called Los Pollos . . . and they also have a push notification one called Taco Loco."

ii.    "They've got . . . over 90 different shell companies that they could move things around with.  The minute one starts getting heat, they've changed the name.  This was originally AdsPro and then it became Los Pollos.  And now, you know, depending on how much heat we put on them, we'll see what it gets renamed to next[.]"

iii.    "Now the interesting part is this [Los Pollos] is a cartel we're taking down."

iv.    "These TDS's [Los Pollos] are also being used for these phishing and MFA [multifactor authentication] attacks.  These are really bad at this point . . . Sometimes 90% of the sites that are up there are all phishing."

**M.    Sky/Tek Provide Detailed Factual Information to Correct the Record and Again Demand Retraction.**

119.    In response to Infoblox's request for information, on September 26, 2025, Sky/Tek sent Infoblox a thorough letter containing detailed, verifiable information explaining that Infoblox had made specific false statements about Sky/Tek.

120.    The letter provided a detailed breakdown of Infoblox's false and defamatory statements and explained why these statements are inaccurate and damaging.  The letter identified seven categories of false and defamatory statements and, in a twelve-page appendix, explained how each category of statements was false.

121.    In this letter, Sky/Tek demanded that Infoblox (1) retract all false and defamatory statements about Sky/Tek from all Infoblox websites, blogs, social media accounts, and video channels; (2) publish a correction informing the public that Sky/Tek are not part of a criminal organization; (3) cease and desist all communications with third parties that disparage Sky/Tek; (4) end all efforts to have Sky/Tek platforms banned from server-hosting companies; (5) provide a written log of all Sky/Tek material Defendants have improperly obtained; (6) permanently destroy or return such materials; and (7) confirm in writing that all copies of Sky/Tek materials improperly obtained have been destroyed or returned. *See* Ex. 7, at 2.

122.    Defendants responded to this letter on October 14, 2025, declining to take any of the remedial measures that Sky/Tek demanded or to speak with Sky/Tek about Defendants' false and

defamatory statements.  To date, Defendants have not spoken with Sky/Tek to verify or otherwise assess whether the statements they published about Sky/Tek are true.

123.    In that letter, Defendants, through counsel, acknowledged and admitted that Infoblox sells "comprehensive services intended to secure its clients against certain of the very malicious activities and cyber-threats detailed in its reporting."

**N.    Sky/Tek Have Suffered Significant Damages as a Result of Defendants' Actions.**

124.    As the result of Defendants' actions, Sky/Tek have suffered a massive loss in revenue and profits.

125.    These financial losses flow directly from Defendants' false statements, including false and defamatory statements made directly to Sky/Tek business partners and service providers, which Defendants made with the express goal of having Sky/Tek deplatformed from the internet.

126.    Defendants have clearly expressed their intent to destroy the Sky/Tek businesses, and their actions have had serious consequences for Sky/Tek.

127.    By way of example, following Defendants' campaign of false and defamatory statements about Sky/Tek and interference with Sky/Tek's service providers and banks, user clicks have fallen by multiple billions of clicks on an annual basis.

128.    Sky/Tek platforms across the board have seen a four- or five-fold decrease in traffic and revenue since the initiation of Infoblox's crusade against them, representing tens of millions of dollars in revenue lost in the past year, and hundreds of millions of dollars moving into the future.

<u>**COUNT ONE**</u>
(*Sky/Tek v. Defendants*)
(**Defamation and Defamation *Per Se***)

129.    Sky/Tek incorporate by reference all preceding paragraphs.

130.    On or about June 12, 2025, Infoblox, by and through its agent Burton, made false and defamatory statements about Sky/Tek when it published a blog post falsely asserting that Sky/Tek, among other things, engaged in criminal and misleading conduct, as detailed in paragraph 87.

131.    On or about August 6, 2025, Infoblox, by and through its agent Burton, made false and defamatory statements about Sky/Tek when it falsely asserted that Sky/Tek and their executives, founders, and employees, among other things, engaged in criminal and misleading conduct during a Black

COMPLAINT

Hat session, as detailed in paragraph 91.

132.    On or about August 6, 2025, Infoblox, by and through its agent Burton, made false and defamatory statements about Sky/Tek when it published a blog post falsely asserting that Sky/Tek and their executives, founders, and employees, among other things, engaged in criminal, fraudulent, and misleading conduct, as detailed in paragraph 95.

133.    On or about August 9, 2025, Infoblox made, by and through its agent Burton, false and defamatory statements about Sky/Tek when Burton stated during a podcast, among other things, that Sky/Tek are part of a criminal enterprise and are comprised of illegitimate companies, as detailed in paragraph 98.

134.    On or about August 12, 2025, Infoblox, by and through its agent Burton, made false and defamatory statements about Sky/Tek when it published a blog post falsely asserting, among other things, that Sky/Tek are involved in a Russian criminal conspiracy, as detailed in paragraph 100.

135.    On or about September 24, 2025, Infoblox, by and through its agents Mitchell, Zettel, Srivastsan, and Gupta, made false and defamatory statements about Sky/Tek when it stated during a presentation, among other things, that Sky/Tek are part of a Russian criminal enterprise and are comprised of illegal or illegitimate companies, as detailed in paragraph 118.  These statements were made *after* counsel for Teknology informed Infoblox of the falsity of these statements in an August 15, 2025 letter.

136.    Each of these statements accused Sky/Tek of criminal conduct and professional misconduct, or otherwise damaged Sky/Tek's reputation.

137.    These statements are false, as set forth above, including in paragraphs 22–41.

138.    Infoblox, by and through its agent Burton, published these statements with actual malice because Defendants knew or recklessly disregarded the truth or falsity of their statements, including because they were informed of the falsity in December 2024 by Skyforge CEO Mr. Cerutti.

139.    The false statements Infoblox and Burton knowingly or recklessly published to the world were statements that a reasonable person would find highly offensive.

140.    As a result of this publication, Sky/Tek's reputations in the industry have been irreparably damaged, and they have lost customers and revenue.

141.    As a result of Defendants' conduct, Sky/Tek have sustained substantial reputational harm and are entitled to compensatory and punitive damages.

## COUNT TWO
### (*Sky/Tek v. Defendants*)
### (False Light)

142.    Sky/Tek incorporate by reference all preceding paragraphs.

143.    Infoblox, by and through its agent Burton, made false statements about Sky/Tek.

144.    These statements are set forth in paragraphs 87, 91, 95, 98, 100, and 118.

145.    These statements are false, as set forth above, including in paragraphs 22–41.

146.    Infoblox, by and through its agent Burton or other employees, published these statements with actual malice because Defendants knew or recklessly disregarded the truth or falsity of their statements, including because they were informed of the falsity in December 2024 by Skyforge CEO Cerutti.

147.    The false statements Infoblox and Burton knowingly or recklessly published to the world were statements that a reasonable person would find highly offensive.

148.    As a result of this publication, Sky/Tek's reputations in the industry have been irreparably damaged, and they have lost customers and revenue.

149.    As a result of Defendants' conduct, Sky/Tek have sustained substantial reputational harm and are entitled to compensatory and punitive damages.

## COUNT THREE
### (*Skyforge v. Defendants*)
### (Intentional Interference with Contract)

150.    Sky/Tek incorporate by reference all preceding paragraphs.

151.    Skyforge has, and at all relevant times had, existing contractual relationships with numerous third-party business partners, affiliates, and service providers (collectively, "Skyforge's Business Partners") for the provision of services, including advertising, monetization, and platform hosting.  These Business Partners include but are not limited to Hetzner, Credit Suisse, USB, and Corner Bank S.A.

152.    Defendants knew of these contracts and of the business relationships between Skyforge and Skyforge's Business Partners.  For example, Defendants made false and defamatory statements

COMPLAINT

directly to Skyforge's Business Partners and service providers and undertook efforts to have Skyforge's platforms banned from server-hosting companies.

153.    Defendants' awareness of these contracts is evidenced by the fact that Defendants specifically targeted entities with which Skyforge had contracts and that provided services for Skyforge, including Hetzner, Credit Suisse, USB, and Corner Banka SA, for example.

154.    As a direct result of Defendants' tortious interference, Skyforge's Business Partners have been induced to breach or terminate their contracts and business relationships with Skyforge. Specifically, on November 15, 2024, Skyforge received notice from Hetzner that its IP address had been reported as abusive and that its services would subsequently be terminated.  Similarly, Corner Bank issued a notice of cancellation on December 2, 2024; Credit Suisse issued a notice of cancellation on December 5, 2024; and UBS issued a notice of cancellation on December 16, 2024.

155.    Skyforge has suffered substantial damages, including, but not limited to, a massive loss in revenue and profits, a multiple-billion click annual decrease in user traffic, and a four- or five-fold decrease in overall traffic and revenue, amounting to tens of millions of dollars in lost revenue and hundreds of millions of dollars in future losses.  Skyforge's customers have canceled contracts and stopped purchasing Skyforge's services due to Defendants' false statements.

156.    Defendants' tortious conduct was a substantial factor in causing Skyforge's Business Partners to terminate their contracts with Skyforge, and in causing the significant financial and reputational harm suffered by Skyforge.

157.    Defendants' conduct caused Skyforge's substantial harm.

## COUNT FOUR
### (*Sky/Tek v. Defendants*)
### (Violation of the Lanham Act, 15 U.S.C. § 1125(a)(1)(B))

158.    Defendants Infoblox and Burton made false or misleading representations of fact in commercial advertising or promotion concerning the nature, characteristics, or qualities of Sky/Tek's goods, services, or commercial activities.  These statements, detailed in paragraphs 87, 91, 95, 98, 100, and 118, falsely portrayed Sky/Tek's legitimate business operations as criminal or fraudulent.

159.    Defendants made these statements in the context of their own marketing campaigns to promote Infoblox's products and services, and to damage Sky/Tek's business.

160.    These false or misleading statements deceived or had the tendency to deceive a substantial segment of the audience to whom they were disseminated, which includes Sky/Tek's customers.

161.    The false or misleading statements were material in that they were likely to influence the purchasing decisions of consumers or business partners in the relevant market.  Sky/Tek's customers have been directly influenced by the false or misleading statements, as they have canceled their contracts and stopped purchasing Sky/Tek's products as a result of them.

162.    Defendants' commercial advertising or promotion occurred in interstate commerce.

163.    As a direct and proximate result of Defendants' false advertising and disparagement, Sky/Tek have suffered injury, including loss of sales, damage to reputation, and diversion of business.

164.    As a result of Defendants' conduct, Sky/Tek have sustained substantial compensatory damages.

## COUNT FIVE
### (*Sky/Tek v. Defendants*)
### (Civil Conspiracy)

165.    Sky/Tek incorporate by reference all preceding paragraphs.

166.    Defendants Infoblox and Burton conspired with third parties, including unnamed co-conspirators, to engage in the unlawful acts alleged herein, including defamation, false light, intentional interference with contract, and trade libel.

167.    In furtherance of this conspiracy, Defendants, and their co-conspirators, committed overt acts, including, but not limited to, jointly researching and attempting to disrupt Sky/Tek's business through an "industry hug," contacting Sky/Tek's business partners to make false and defamatory statements, and publishing false and defamatory statements on Infoblox's public website and at industry conferences.  Additionally, Defendants either directly acquired or were provided with wrongfully obtained internal Sky/Tek documents as a result of the November 2024 hack of Teknology, as evidenced by the fact that certain nonpublic materials were included on Defendants' blog.

168.    As a direct and proximate result of the unlawful acts committed in furtherance of this conspiracy, Sky/Tek have suffered significant damages, including, but not limited to, reputational harm, loss of business relationships, and financial loss.

169.   As a result of Defendants' conduct, Sky/Tek have sustained substantial compensatory damages.

WHEREFORE, Sky/Tek, by and through their attorneys, WINSTON & STRAWN LLP, demand judgment against Infoblox and Burton in an amount to be determined at trial, together with the costs of this action and any and all further relief the Court deems fair and just.

Dated: November 4, 2025                      WINSTON & STRAWN LLP


By: */s/ Kevin P. Simpson*
    Kevin P. Simpson (SBN: 344644)
    KPSimpson@winston.com
    **WINSTON & STRAWN LLP**
    333 S. Grand Ave., 38th Fl.
    Los Angeles, CA 90071
    Telephone: (213) 615-1700
    Fax: (213) 615-1750

    Sean G. Wieber (*pro hac vice* forthcoming)
    SWieber@winston.com
    Elizabeth S. Deshaies (*pro hac vice* forthcoming)
    LDeshaies@winston.com
    Patrick G. Simonaitis (*pro hac vice* forthcoming)
    PSimonaitis@winston.com
    **WINSTON & STRAWN LLP**
    300 N. LaSalle Dr., Suite 4400
    Chicago, IL 60654
    Telephone: (312) 558-5600
    Fax: (312) 558-5700

    Dana Cook-Milligan (SBN: 301340)
    DLCook@winston.com
    **WINSTON & STRAWN LLP**
    101 California Street, 21st Floor
    San Francisco, CA 94111
    Telephone: (415) 591-1000
    Fax: (415) 591-1400

    *Attorneys for Skyforge Digital AG and*
    *Teknology SA*

COMPLAINT