UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKYFORGE DIGITAL AG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>INFOBLOX INC., et al.,<br><br>    Defendants. | Case No. 25-cv-09502-PCP (VKD)<br><br>**DISCLOSURE ORDER** |

This matter having been assigned to Magistrate Judge Virginia K. DeMarchi for discovery, the parties are advised of the following:

Judge DeMarchi represented Infoblox, Inc. in patent-related legal work in 2010 and 2011 that is unrelated to the subject matter of this action, while in private practice at Fenwick & West LLP before she was appointed as a magistrate judge in this district in June 2018. Judge DeMarchi has not personally represented Infoblox, Inc. at any time in more than ten years or in this matter, and does not have knowledge of any of the disputed facts. Additionally, Judge DeMarchi is not aware that any Fenwick lawyer is or was involved in representing any party in this action, or that any Fenwick lawyer is likely to be a material witness in this matter.

Judge DeMarchi does not believe these circumstances require her disqualification from this matter under Canon 3(C)(1) of the Code of Conduct for United States Judges or 28 U.S.C. § 455. However, Judge DeMarchi wishes to provide the parties an opportunity to state their positions otherwise and have the matter considered. Accordingly, on or before **December 16, 2025**, each party is directed to file a response to this order stating whether or not the party objects to Judge DeMarchi's acting in this matter, and the grounds for any such objection, including (as applicable)

an affidavit conforming to the requirements of 28 U.S.C. § 144.

**IT IS SO ORDERED.**

Dated: December 2, 2025

                                            Virginia K. DeMarchi
                                            United States Magistrate Judge