**GREENBERG TRAURIG, LLP**
Alex Linhardt (SBN 303669)
*linhardta@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800

**GREENBERG TRAURIG, LLP**
Michael J. Grygiel (Pending *pro hac vice*)
*grygielm@gtlaw.com*
Kelly L. McNamee (Pending *pro hac vice*)
*mcnameek@gtlaw.com*
Christina N. Hernsdorf (SBN 330987)
*Christina.Hernsdorf@gtlaw.com*
54 State Street, 6th Floor
Albany, NY 12207
Tel.: 518-689-1400

Attorneys for Defendants INFOBLOX INC. and RENÉE BURTON

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKYFORGE DIGITAL AG, a Switzerland corporation, and TEKNOLOGY SA, a Switzerland corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INFOBLOX INC., a Delaware corporation, and RENÉE BURTON, in her individual capacity,<br><br>Defendants. | CASE NO. 5:25-cv-09502-PCP<br><br>Assigned to Hon. P. Casey Pitts<br>Magistrate Judge Virginia K. DeMarchi<br>Courtroom 8<br><br>**DEFENDANTS' RESPONSE TO MAGISTRATE JUDGE VIRGINIA K. DEMARCHI DISCLOSURE ORDER**<br><br>Action Filed:    November 4, 2025<br>Trial Date:       None Set |

Defendants Infoblox Inc. ("Infoblox") and Renée Burton (together, "Defendants") hereby respond to Magistrate Judge Virginia K. DeMarchi's disclosure order dated December 2, 2025, which directed each party to file a response to the disclosure order stating whether or not the party objects to Judge DeMarchi's acting in this matter. (Dkt. No. 26.) Defendants do not object to Judge DeMarchi's acting in this matter.

Dated: December 16, 2025                    GREENBERG TRAURIG, LLP

By:   /s/ Alex Linhardt
Alex Linhardt (SBN 303669)
GREENBERG TRAURIG, LLP
*linhardta@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800

GREENBERG TRAURIG, LLP
Michael J. Grygiel (Pending *pro hac vice*)
*grygielm@gtlaw.com*
Kelly L. McNamee (Pending *pro hac vice*)
*mcnameek@gtlaw.com*
Christina N. Hernsdorf
(SBN 330987)
*Christina.Hernsdorf@gtlaw.com*
54 State Street, 6th Floor
Albany, NY 12207
Tel.: 518-689-1400

*Attorneys for Defendants Infoblox Inc. and Renée Burton*