UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SKYFORGE DIGITAL AG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INFOBLOX INC., et al., <br><br> Defendants. | Case No.  25-cv-09502-PCP (VKD) <br><br> **ORDER OF RECUSAL** |

This Court, having been assigned to this matter for discovery purposes, recuses itself from this case.  The Clerk of Court is directed to reassign this case to another magistrate judge for discovery.

**IT IS SO ORDERED.**

Dated: December 17, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge