Sean G. Wieber (admitted *pro hac vice*)
Sean.Wieber@winstontaylor.com
Elizabeth S. Deshaies (admitted *pro hac vice*)
Libby.Deshaies@winstontaylor.com
Patrick G. Simonaitis (admitted *pro hac vice*)
Patrick.Simonaitis@winstontaylor.com
**WINSTON TAYLOR LLP**
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654
Telephone: (312) 558-5600
Fax: (312) 558-5700

Kevin P. Simpson (SBN: 344644)
Kevin.Simpson@winstontaylor.com
**WINSTON TAYLOR LLP**
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Fax: (213) 615-1750

Dana Cook-Milligan (SBN: 301340)
Dana.Cook@winstontaylor.com
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Fax: (415) 591-1400

*Attorneys for Plaintiffs Skyforge Digital AG and Teknology SA*

Michael J. Grygiel (*pro hac vice*)
*MGrygiel@FoleyHoag.com*
Kelly L. McNamee (*pro hac vice*)
*KMcNamee@FoleyHoag.com*
Christina N. Hernsdorf (SBN 330987)
*CHernsdorf@FoleyHoag.com*
Amanda S. Coleman (*pro hac vice*)
*AColeman@FoleyHoag.com*
**FOLEY HOAG LLP**
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 812-0426; Fax: (212) 812-0399

Alex Linhardt (SBN 303669)
*linhardta@gtlaw.com*
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel.: (310) 586-77

*Attorneys for Defen*




Dated: September 28, 2026

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SKYFORGE DIGITAL AG, a Switzerland corporation, and TEKNOLOGY SA, a Switzerland corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INFOBLOX INC., a Delaware corporation<br><br>Defendant. | Case No. 5:25-cv-09502-PCP-SVK<br><br>Assigned to Hon. P. Casey Pitts<br>Magistrate Judge Susan van Keulen<br><br>**JOINT STIPULATION EXTENDING TIME TO ANSWER PLAINTIFFS' COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Skyforge Digital AG and Teknology SA (collectively, "Plaintiffs") and Defendant Infoblox Inc., ("Infoblox"), through undersigned counsel, submit this Stipulation and agree as follows:

WHEREAS, on November 4, 2025, Plaintiffs filed their Complaint in this action (Dkt. 1) (the "Complaint");

WHEREAS, on November 25, 2025, the parties stipulated to extend the time for Infoblox and then-defendant Renée Burton to respond to the Complaint to January 9, 2026 (Dkt. 25);

WHEREAS, on January 9, 2026, Infoblox and then-defendant Renée Burton moved to dismiss the Complaint (Dkt. 39) (the "Motion");

WHEREAS, on September 14, 2026, the Court granted in part and denied in part the Motion (Dkt. 80) (the "Order"), and provided that "[a]ny amended complaint must be filed within 28 days of this Order";

WHEREAS, under Fed. R. Civ. P. 12(a)(4)(A), Infoblox's current deadline to answer the Complaint is September 28, 2026;

THE PARTIES HEREBY STIPULATE, as follows:

1. If Plaintiffs do not file an amended complaint by October 12, 2026, Infoblox shall answer the Complaint within thirty (30) days after that date.
2. If Plaintiffs file an amended complaint on or before October 12, 2026, Infoblox's time to respond shall be governed by Fed. R. Civ. P. 15(a)(3) or further stipulation or Court order.
3. This extension will not alter the date of any other event or any deadlines in this case.

IT IS SO STIPULATED.

Dated: September 25, 2026

WINSTON TAYLOR LLP

By: /s/ *Kevin P. Simpson*

Kevin P. Simpson (SBN: 344644)
Kevin.Simpson@winstontaylor.com
**WINSTON TAYLOR LLP**
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Fax: (213) 615-1750

Sean G. Wieber (admitted *pro hac vice*)
Sean.Wieber@winstontaylor.com
Elizabeth S. Deshaies (admitted *pro hac vice*)
Libby.Deshaies@winstontaylor.com
Patrick G. Simonaitis (admitted *pro hac vice*)
Patrick.Simonaitis@winstontaylor.com
**WINSTON TAYLOR LLP**
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654
Telephone: (312) 558-5600
Fax: (312) 558-5700

Dana Cook-Milligan (SBN: 301340)
Dana.Cook@winstontaylor.com
**WINSTON TAYLOR LLP**
101 California Street, 21st Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Fax: (415) 591-1400

*Attorneys for Plaintiffs Skyforge Digital AG and Teknology SA*

GREENBERG TRAURIG, LLP

By: /s/ *Michael J. Grygiel*

GREENBERG TRAURIG, LLP
Alex Linhardt

FOLEY HOAG LLP
Michael J. Grygiel
Kelly L. McNamee
Christina N. Hernsdorf
Amanda S. Coleman

*Attorneys for Defendant Infoblox Inc.*