Sean G. Wieber (*pro hac vice*)
Sean.Wieber@winstontaylor.com
Elizabeth S. Deshaies (*pro hac vice*)
Libby.Deshaies@winstontaylor.com
Patrick G. Simonaitis (*pro hac vice*)
Patrick.Simonaitis@winstontaylor.com
**WINSTON TAYLOR LLP**
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654
Telephone: (312) 558-5600
Fax: (312) 558-5700

Kevin P. Simpson (SBN: 344644)
Kevin.Simpson@winstontaylor.com
**WINSTON TAYLOR LLP**
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Fax: (213) 615-1750

*Attorneys for Plaintiffs Skyforge Digital AG, Bluequant AG, and Teknology SA*

Michael J. Grygiel (*pro hac vice*)
*MGrygial@FoleyHoag.com*
Kelly L. McNamee (*pro hac vice*)
*KMcNamee@FoleyHoag.com*
Christina N. Hernsdorf (SBN 330987)
*CHernsdorf@FoleyHoag.com*
Amanda S. Coleman (*pro hac vice*)
*AColeman@FoleyHoag.com*
**FOLEY HOAG LLP**
1301 Avenue of the Americas
New York, NY 10019
Tel.: (212) 812-0426; Fax: (212) 812-0399

Alex Linhardt (SBN 303669)
*linhardta@gtlaw.com*
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel.: (310) 586-7700; Fax: (310) 586-7800

*Attorneys for Defendant Infoblox Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SKYFORGE DIGITAL AG, a Switzerland corporation, BLUEQUANT AG, a Switzerland corporation, and TEKNOLOGY SA, a Switzerland corporation,

Plaintiffs,

v.

INFOBLOX INC., a Delaware corporation,

Defendant.

CASE NO. 5:25-cv-09502-PCP-SVK

Assigned to Hon. P. Casey Pitts
Magistrate Judge Susan van Keulen

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND BRIEFING SCHEDULE FOR INFOBLOX'S MOTION TO DISMISS, AS MODIFIED**

Action Filed: November 4, 2025
Trial Date: None Set

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiffs Skyforge Digital AG, Bluequant AG, and Teknology SA (collectively, "Plaintiffs") and Defendant Infoblox Inc. ("Infoblox"), by and through undersigned counsel hereby stipulate and agree as follows:

WHEREAS, on October 12, 2026, Plaintiffs filed an amended complaint (ECF No. 83) (the "Amended Complaint");

WHEREAS, on November 16, 2026, Infoblox filed a partial motion to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 92) (the "Motion");

WHEREAS, hearing on Infoblox's Motion is currently set for January 7, 2027;

WHEREAS, on October 26, 2026, the Court entered an order instructing the parties to "meet and confer and submit to the Court a briefing schedule" for Infoblox's motion to dismiss and striking the briefing schedule set by Northern District of California Local Rules 7-3(a) and 7-3(c) (ECF No. 91 at 6);

WHEREAS, the parties agree to extend the briefing schedule to set Plaintiffs' deadline to file an opposition to Infoblox's Motion to December 22, 2026, and to set Infoblox's deadline to file a reply in support of its Motion to January 8, 2027;

WHEREAS, the parties agree to set the hearing for Infoblox's motion to dismiss for February 11, 2027;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. The deadline for Plaintiffs to file their opposition to Infoblox's Motion shall be December 22, 2026;
2. The deadline for Infoblox to file its reply in support of its Motion shall be January 8, 2027;
3. The January 7, 2027 hearing on Infoblox's Motion is stricken; and
4. Argument on Infoblox's Motion shall be scheduled on February 11, 2027.

These changes will not alter the date of any other event or deadline already fixed by Court order.

IT IS SO STIPULATED.

Dated: November 25, 2026 WINSTON TAYLOR LLP

By: */s/ Kevin P. Simpson*

Kevin P. Simpson
Kevin.Simpson@winstontaylor.com
**WINSTON TAYLOR LLP**
333 S. Grand Ave., 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Fax: (213) 615-1750

Sean G. Wieber (*pro hac vice*)
Sean.Wieber@winstontaylor.com
Elizabeth S. Deshaies (*pro hac vice*)
Libby.Deshaies@winstontaylor.com
Patrick G. Simonaitis (*pro hac vice*)
Patrick.Simonaitis@winstontaylor.com
**WINSTON TAYLOR LLP**
300 N. LaSalle Dr., Suite 4400
Chicago, IL 60654
Telephone: (312) 558-5600
Fax: (312) 558-5700

*Attorneys for Plaintiffs Skyforge Digital AG, Bluequant AG, and Teknology SA*

Dated: November 25, 2026 GREENBERG TRAURIG, LLP

By: */s/ Alex Linhardt*

Alex Linhardt (SBN 303669)
GREENBERG TRAURIG, LLP

FOLEY HOAG LLP
Michael J. Grygiel (*pro hac vice*)
Kelly L. McNamee (*pro hac vice*)
Christina N. Hernsdorf (California SBN 330987)
Amanda S. Coleman (*pro hac vice*)

*Attorneys for Defendant Infoblox Inc.*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

Dated: November 25, 2026

WINSTON TAYLOR LLP

By: *_/s/ Kevin P. Simpson_*

Kevin P. Simpson (SBN: 344644)

*Attorney for Plaintiffs SKYFORGE DIGITAL AG, BLUEQUANT AG, and TEKNOLOGY SA*

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

1. The deadline for Plaintiffs to file their opposition to Infoblox's Motion shall be extended to December 22, 2026;
2. The deadline for Infoblox to file its reply in support of its Motion shall be extended to January 8, 2027; and
3. The Court shall hear argument on Infoblox's Motion on February 11, 2027.~~; and~~

~~4. The January 7, 2027hearing on Infoblox's Motion is stricken.~~

Dated: November 25, 2026

Hon. P. Casey Pitts
United States District Judge